IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHELSEA MILLER,** | : | CIVIL ACTION NO. 1:23-CV-01729 |
| Plaintiff | : | (Judge Neary) |
| v. | : | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP,** | : | |
| Defendant | : | |

# ORDER

AND NOW, this 27th day of March, 2025, upon consideration of Metro One Loss Prevention Services Group's motion (Doc. 15) to set aside default judgment pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), and the parties' respective briefs in support of and in opposition to Metro One's motion, (see Docs. 16, 17, 18), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Metro One's motion (Doc. 15) to set aside default judgment is **DENIED WITHOUT PREJUDICE**.

2. Metro One shall have **thirty (30) days** from the date of this order to renew its motion and simultaneously file a supporting brief to include allegations containing facts constituting a meritorious defense to the allegations in Chelsea Miller's complaint.

3. Miller shall respond to Metro One's renewed motion by no later than **twenty-one (21) days** after the deadline to file the renewed motion.

4.   No reply is permitted.

>   /S/ Keli M. Neary
>   Keli M. Neary
>   United States District Judge
>   Middle District of Pennsylvania